No. 94, Misc. BAYSIDE NOVELTY CO., INC., ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Abraham Schwartz* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 95, Misc. GARFINKLE *v.* SUPERIOR COURT OF NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 96, Misc. WOLFSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 97, Misc. REECE *v.* OHIO. Supreme Court of Ohio. Certiorari denied.

No. 101, Misc. REED *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 102, Misc. PAGE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Herbert Zelenko* for petitioners.

No. 103, Misc. BIRCH *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 104, Misc. CRAWFORD *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 106, Misc. BARNES *v.* ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.